**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL HAYDU | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | JUDGE: |
| | ) | |
| vs. | ) | |
| | ) | |
| ASSENT MORTGAGE, LLC, *ET AL*. | ) | |
| | ) | |
| Defendants. | ) | |

---

**NOTICE OF REMOVAL FILED BY DEFENDANTS**

---

Without consenting to service of process or to the jurisdiction of this tribunal, Defendants Assent Mortgage, LLC, Amity One Debt Relief, Inc., and Guardian Litigation Group, PLLC ("Defendants") hereby remove this action from the Trumbull County Common Pleas Court in Warren, Ohio to the United States District Court for the Northern District of Ohio, Eastern Division.  The grounds for this removal are as follows:

1.      Plaintiff filed his Complaint on August 25, 2023, in the Trumbull County Common Pleas Court in Warren, Ohio, captioned *Michael Haydu v. Assent Mortgage, LLC, et al,* Case No.: 2023-CV-01278.

2.      Plaintiff's Complaint asserts, *inter alia*, claims under the Fair Credit Reporting Act and the Equal Credit Opportunity Act, against Defendants.

3.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which Defendants are entitled to remove to this Court under 28 U.S.C. § 1441, in that the action includes a claim arising under the laws of the United States, specifically the Fair Credit Reporting Act, 15 U.S.C. § 1681, and the Equal Credit Opportunity Act, 15 U.S.C.

§ 1691.

4.      This Court has supplemental jurisdiction over Plaintiff's state law claims, to the extent any are asserted, under 28 U.S.C. § 1367, in that any potential state law claims arise out of the same case or controversy as the federal claims alleged.

5.      Removal to this Court is proper because this is the "district and division embracing the place where [the state court] action is pending." 28 U.S.C. § 1441(a).

6.      Attached hereto as Exhibit A is a copy of the Complaint filed by Plaintiff.

7.      Attached hereto as Exhibit B is a copy of the Docket in the state court action.

8.      This removal is filed within thirty (30) days of service of the Complaint, which is the initial pleading setting forth the claims for relief upon which this action against the Defendants is based.

9.      Promptly after the filing of this Notice of Removal, the Defendants will give written notice thereof to Plaintiff and will file a copy of this Notice with the Trumbull County Common Pleas Court in Warren, Ohio.

WHEREFORE, Defendants hereby give notice that the above-captioned action filed by Plaintiff is hereby removed to this Court.

Respectfully submitted,

**LUPER NEIDENTHAL & LOGAN, LPA**

*/s:/ Matthew T. Anderson*

_____

Matthew T. Anderson (0082730)
1160 Dublin Road, Suite 400
Columbus, Ohio 43215
Tel.: (614) 229-4403
Fax: (866) 345-4948
Email:  manderson@lnlattorneys.com
*Attorney for Defendants*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served via electronic mail only on this 4th of October, 2023, upon the following:

Jeremiah E. Heck, Esq.
David B. Shultz, Esq.
Luftman, Heck, & Associates, L.L.P.
jheck@lawLH.com
*Attorneys for Plaintiff*

Brian M. Garvine, Esq.
Law Offices of Brian M. Garvine, LLC
brian@garvinelaw.com
*Attorney for Plaintiff*

/s/ Matthew T. Anderson
_____
Matthew T. Anderson (0082730)