# EXHIBIT B

- Case Type:
- CV - Civil
- Case Status:
- OPEN
- File Date:
- 08/25/2023
- DCM Track:
- 
- Action:
- E-OTHER CIVIL
- Status Date:
- 08/25/2023
- Case Judge:
- RICE, RONALD J
- Next Event:
- 

**All Information**  **Party**  **Docket**  **Financial**  **Receipt**  **Disposition**

## Docket Information

| Date | Docket Text | Amount Owed | Image Avail. |
|------|-------------|-------------|--------------|
| 08/25/2023 | DEPOSIT FROM:  Receipt: 468724  Date: 08/25/2023 | $72.00 | |
| 08/25/2023 | SPECIAL PROJECTS JUDGES  Receipt: 468724  Date: 08/25/2023 | $125.00 | |
| 08/25/2023 | E-INITIAL CIVIL FEE  Receipt: 468724  Date: 08/25/2023 | $56.00 | |
| 08/25/2023 | E-OTHER CIVIL COMPLAINT<br>Attorney: HECK, JEREMIAH (76742) | $27.00 | Image |
| 08/28/2023 | SUMMONS ISSUED TO  DEFENDANT(S). | $9.00 | |
| 08/28/2023 | Issue Date:  08/28/2023<br>Service:  OTHER CIVIL COMPLAINT W/ EXHIBITS<br>Method:  CERTIFIED MAIL WITH BAR CODE NEW<br>Cost Per:  $8.93<br><br>ASSENT MORTGAGE LLC<br>18881 VON KARMON<br>UNIT #1075<br>IRVINE, CA   92612<br>Tracking No: 9489009000027627462192<br><br>AMITY ONE DEBT RELIEF INC<br>C/O PARACORP INCORPORATED S/A<br>2804 GATEWAY OAKS DR #100<br>SACRAMENTO, CA   95833<br>Tracking No: 9489009000027627462193<br><br>GUARDIAN LITIGATION GROUP PLLC<br>17922 FITCH STE 150<br>IRVINE, CA   92614<br>Tracking No: 9489009000027627462194 | $26.79 | |
| 09/12/2023 | UNSUCCESSFUL SERVICE<br>Method    : CERTIFIED MAIL WITH BAR CODE NEW<br>Issued    : 08/28/2023<br>Service   : OTHER CIVIL COMPLAINT W/ EXHIBITS<br>Served    :<br>Return    : 09/12/2023<br>On        : ASSENT MORTGAGE LLC<br>Signed By :<br><br>Reason    : UNSUCCESSFUL SERVICE<br>Comment   : ATTEMPTED NOT KNOWN, CARD SENT 9/13/23<br><br>Tracking #: 9489009000027627462192 | | |
| 09/13/2023 | SUCCESSFUL SERVICE<br>Method    : CERTIFIED MAIL WITH BAR CODE NEW<br>Issued    : 08/28/2023<br>Service   : OTHER CIVIL COMPLAINT W/ EXHIBITS | | Image |

| Date | Docket Text | Amount Owed | Image Avail. |
|------|-------------|-------------|--------------|

Served    : 09/06/2023
Return    : 09/13/2023
On        : AMITY ONE DEBT RELIEF INC
Signed By : SIGNED NOT LEGIBLE

Reason    : SUCCESSFUL SERVICE
Comment   :

Tracking #: 9489009000276274621 93

| 09/13/2023 | SUCCESSFUL SERVICE<br>Method    : CERTIFIED MAIL WITH BAR CODE NEW<br>Issued    : 08/28/2023<br>Service   : OTHER CIVIL COMPLAINT W/ EXHIBITS<br>Served    : 09/06/2023<br>Return    : 09/13/2023<br>On        : GUARDIAN LITIGATION GROUP PLLC<br>Signed By : SIGNED NOT LEGIBLE<br><br>Reason    : SUCCESSFUL SERVICE<br>Comment   :<br><br>Tracking #: 9489009000276274621 94 | |  Image |