PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL HAYDU,                                )
                                              )  CASE NO.  4:23-CV-1946
                    Plaintiff,                )
                                              )
            v.                                )  JUDGE BENITA Y. PEARSON
                                              )
ASSENT MORTGAGE, LLC, *et al.*,               )
                                              )  **ORDER OF DISMISSAL**
                    Defendants.               )

On February 21, 2024, the Court was informed by an email from Counsel for Defendants that the parties have reached a mutual resolution.  Therefore, the docket shall be marked "settled and dismissed without prejudice."  Accordingly, the Telephonic Status Conference set for today, February 21, 2024, is cancelled.

On or before March 22, 2024, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this order.

IT IS SO ORDERED.

February 21, 2024                                */s/ Benita Y. Pearson*
Date                                             Benita Y. Pearson
                                                 United States District Judge